# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Rhonda M. Bentley,
    Plaintiff(s),

v().

Advanced Sports Marketing, LLC,
    Defendant(s).

Case No. 1:16cv619
(Consent Case ; Litkovitz, M.J.)

## ORDER

Magistrate Judge Stephanie K. Bowman has advised that this case has been successfully mediated and settled.

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. In accordance with the Fair Labor Standards Act, the parties shall submit a joint motion to approve the terms of the settlement agreement by May 12, 2017.

A telephonic hearing regarding the terms of the settlement before the undersigned has been set for Friday, May 19, 2017 at 2:00 pm. Conference meeting telephone number 1-877-336-1839; Access code 9003349; Participant security code 1000.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date 4/11/17

awh    April 11, 2017

KAREN L. LITKOVITZ
United States Magistrate Judge